B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EBRO FOODS, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Ebro Packing Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2553852** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1330 W. 43rd Street**<br>**Chicago, IL**<br>ZIP Code **60609** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **EBRO FOODS, INC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EBRO FOODS, INC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Forrest L. Ingram** _____
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032** _____
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.** _____
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

_____
Address

**Email: fingram@fingramlaw.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**January 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Silvio Vega** _____
Signature of Authorized Individual

**Silvio Vega** _____
Printed Name of Authorized Individual

**Vice-President** _____
Title of Authorized Individual

**January 17, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **EBRO FOODS, INC**
_____
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brandt Box & Papers Co., Inc.<br>400 Lexington Dr.<br>Buffalo Grove, IL 60089 | Brandt Box & Papers Co., Inc.<br>400 Lexington Dr.<br>Buffalo Grove, IL 60089 | | | 23,960.00 |
| Burling Freemont, LLC<br>2850 S. Michigan Ave.<br>Chicago, IL 60605 | Burling Freemont, LLC<br>2850 S. Michigan Ave.<br>Chicago, IL 60605 | Construction | | 100,000.00 |
| City of Chicago Water Dept.<br>333 S. State Street Chicago<br>DePaul Center, Suite LL10<br>Chicago, IL 60602 | City of Chicago Water Dept.<br>333 S. State Street Chicago<br>DePaul Center, Suite LL10<br>Chicago, IL 60602 | | | 58,271.00 |
| Crown Cork & Seal<br>c/o Gary Schearer<br>1440 Payshere Circle<br>Chicago, IL 60674 | Crown Cork & Seal<br>c/o Gary Schearer<br>1440 Payshere Circle<br>Chicago, IL 60674 | | | 300,000.00 |
| G&G Peppers<br>PO Box 368<br>Frankton, IN 46044 | G&G Peppers<br>PO Box 368<br>Frankton, IN 46044 | | Disputed | 42,920.00 |
| Illinois Dept. of Employment<br>PO Box 88294<br>Chicago, IL 60608-3412 | Illinois Dept. of Employment<br>PO Box 88294<br>Chicago, IL 60608-3412 | Unemployment Taxes | | 30,000.00 |
| Illinois Dept. of Revenue<br>PO Box 88294<br>Chicago, IL 60608-1294 | Illinois Dept. of Revenue<br>PO Box 88294<br>Chicago, IL 60608-1294 | 941 Withholding taxes for 2008 | | 33,640.00 |
| IRS<br>Centralized Insolvency Operations<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | IRS<br>Centralized Insolvency Operations<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | 941 Withholding taxes including interest and penalties | | 415,000.00 |
| Kelley Beans Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff, NE 69363 | Kelley Beans Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff, NE 69363 | Judgment on 11/19/08<br>. | | 68,500.00 |
| Knox & Schneider Inc<br>SHAW GUSSIS FISHMAN GLANT<br>321 N CLARK ST S-800<br>Chicago, IL 60610 | Knox & Schneider Inc<br>SHAW GUSSIS FISHMAN GLANT<br>321 N CLARK ST S-800<br>Chicago, IL 60610 | | | 25,423.98 |

B4 (Official Form 4) (12/07) - Cont.

In re   **EBRO FOODS, INC**                                          Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maria Fernandez**<br>**C/O Ebro Foods**<br>**1330 Weset 43rd Street**<br>**Chicago, IL 60609** | **Maria Fernandez**<br>**C/O Ebro Foods**<br>**1330 Weset 43rd Street**<br>**Chicago, IL 60609** | **personal loan to Ebro Foods** | | **50,000.00** |
| **Metropolitan Water Reclamation Dist**<br>**Lockbox 98429**<br>**Chicago, IL 60693** | **Metropolitan Water Reclamation Dist**<br>**Lockbox 98429**<br>**Chicago, IL 60693** | | | **70,000.00** |
| **People's Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60687-6207** | **People's Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60687-6207** | | | **61,000.00** |
| **Primary Staffing, Inc.**<br>**4247 S. Kedzie**<br>**Chicago, IL 60632** | **Primary Staffing, Inc.**<br>**4247 S. Kedzie**<br>**Chicago, IL 60632** | | | **28,000.00** |
| **PW Montgomery, LLC**<br>**c/o Patrick King**<br>**5586 W. 19th Street, Ste. 130**<br>**Greeley, CO 80634** | **PW Montgomery, LLC**<br>**c/o Patrick King**<br>**5586 W. 19th Street, Ste. 130**<br>**Greeley, CO 80634** | | | **37,171.00** |
| **Tobin, Munoz, & Petkus**<br>**3 First National Plaza**<br>**Ste. 1950**<br>**Chicago, IL 60602** | **Tobin, Munoz, & Petkus**<br>**3 First National Plaza**<br>**Ste. 1950**<br>**Chicago, IL 60602** | **Attorney** | | **98,809.00** |
| **Total Staffing Solutions**<br>**PO Box 5665**<br>**Naperville, IL 60567** | **Total Staffing Solutions**<br>**PO Box 5665**<br>**Naperville, IL 60567** | | | **54,000.00** |
| **UFCW Local 1546 Health and Welfare Fund**<br>**1649 W. Adams Street**<br>**Chicago, IL 60612** | **UFCW Local 1546 Health and Welfare Fund**<br>**1649 W. Adams Street**<br>**Chicago, IL 60612** | **Union contract - Employee Insurance** | | **136,000.00** |
| **Washington Mutual**<br>**c/o Morrist Oxford Mngt Services**<br>**Southgate, MI 48195** | **Washington Mutual**<br>**c/o Morrist Oxford Mngt Services**<br>**Southgate, MI 48195** | **Bank Loan** | | **87,519.00** |
| **Weyerhaeuser Co.**<br>**C/O TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | **Weyerhaeuser Co.**<br>**C/O TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | | | **30,235.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 17, 2011**                          Signature    **/s/ Silvio Vega**
                                                                    **Silvio Vega**
                                                                    **Vice-President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **EBRO FOODS, INC**                                    ,        Case No. _____

_____
Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,838,422.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 853,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 621,377.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,284,962.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,838,422.35 | | |
| Total Liabilities | | | | 2,759,340.64 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **EBRO FOODS, INC**                                        ,        Case No. _____
                              Debtor
                                                                              Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **EBRO FOODS, INC**                                                      ,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **EBRO FOODS, INC**                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place
an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified
with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community
own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint
petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #5800271347 Bank of America 135 S. LaSalle Chicago, IL 60605** | - | 0.00 |
| | | | **Account #3100004674 held at Shore Bank 7936 S. Cottage Grove Chicago, IL 60610** | - | 80,302.35 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **80,302.35**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **EBRO FOODS, INC**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Money owed to Debtor by Ballester Hermands, Inc., Iberia Foods, Inc., and La Preferida, Inc.** | - | 158,120.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim for tortious interference with business relations. Investigation continues.** | - | Unknown |

                                                                Sub-Total >        158,120.00
                                                            (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                                                ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **"El Ebro" Trademark** | - | **1,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Retorts (cookers); Canning Lines (2); Heating/Cooling units; General Warehouse.** | - | **400,000.00** |
| 30. Inventory. | | **Finished Goods - $100,000;  Ingrediants - $50,000; Packaging Materials - $50,000** | - | **200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **1,600,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **1,838,422.35** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **EBRO FOODS, INC** _____,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx0505** | | | | **Line of Credit** | | | | | |
| **Bank of America** 135 S. LaSalle St., Ste. 2140 Chicago, IL 60605 | X | - | | **Inventory, Accounts Receivables** | X | | | | |
| | | | | Value $            **600,000.00** | | | | **350,000.00** | **0.00** |
| Account No. | | | | **Registered Trademark** | | | | | |
| **Silvia & Mimi Vega** 6624 N. Ramona Lincolnwood, IL 60712 | | - | | | | | | | |
| | | | | Value $          **1,000,000.00** | | | | **213,000.00** | **0.00** |
| Account No. | | | | **Registered Trademark** | | | | | |
| **Zenaida Abreau** 4545 W. Touhy Lincolnwood, IL 60712 | | - | | | | | | | |
| | | | | Value $          **1,000,000.00** | | | | **290,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

___0___ continuation sheets attached

Subtotal
(Total of this page)    **853,000.00**    **0.00**

Total
(Report on Summary of Schedules)    **853,000.00**    **0.00**

B6E (Official Form 6E) (4/10)

.

In re   **EBRO FOODS, INC**                                                                    Case No. _____
,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**7**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **EBRO FOODS, INC**                                        ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aaron Morales** <br> **3566 W. Lyndale** <br> **Chicago, IL 60647** | | - | **Wages Past Due** | | | | 264.91 | 0.00 | 264.91 |
| Account No. <br><br> **Andres Delgado** <br> **2029 W. 19th Street** <br> **Chicago, IL 60608** | | - | **Wages Past Due** | | | | 381.91 | 0.00 | 381.91 |
| Account No. <br><br> **Angel A. Rosell** <br> **3799 W. 75th Place** <br> **Chicago, IL 60652** | | - | **Wages Past Due** | | | | 444.25 | 0.00 | 444.25 |
| Account No. <br><br> **Aucensia Y. Villaruel** <br> **10336 Avenue L** <br> **Chicago, IL 60617** | | - | **Wages Past Due** | | | | 173.59 | 0.00 | 173.59 |
| Account No. <br><br> **Elena Acosta** <br> **3914 W. 69th Place** <br> **Chicago, IL 60629** | | - | **Wages Past Due** | | | | 203.05 | 0.00 | 203.05 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,467.71 | 1,467.71

B6E (Official Form 6E) (4/10) - Cont.

In re __EBRO FOODS, INC_____,          Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Wages Past Due | | | | | | |
| Eloy G. Garcia 3547 W. 63rd Place Chicago, IL 60629 | - | | | | | | | 241.07 | 0.00 | 241.07 |
| Account No. | | | | Wages Past Due | | | | | | |
| Enmeregildo Valladares 1336 W. Farwell Chicago, IL 60626 | - | | | | | | | 292.56 | 0.00 | 292.56 |
| Account No. | | | | Wages Past Due | | | | | | |
| Gabina Torres 3348 S. Hoyne Chicago, IL 60608 | - | | | | | | | 205.09 | 0.00 | 205.09 |
| Account No. | | | | Wages Past Due | | | | | | |
| Iris Hernandez 2743 N. Monticello Chicago, IL 60647 | - | | | | | | | 307.31 | 0.00 | 307.31 |
| Account No. | | | | Wages Past Due | | | | | | |
| Isreal Ocampo 4305 W. 83rd Street Chicago, IL 60652 | - | | | | | | | 336.91 | 0.00 | 336.91 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 1,382.94 | | 1,382.94 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **EBRO FOODS, INC**                                                              ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Wages Past Due | | | | | |
| Juan Alonso 1827 S. Allport Chicago, IL 60608 | - | | | | | | | 242.97 | 0.00 242.97 |
| Account No. | | | | Wages Past Due | | | | | |
| Juana V. Chavez 2709 S. Central Park Chicago, IL 60623 | - | | | | | | | 214.38 | 0.00 214.38 |
| Account No. | | | | Wages Past Due | | | | | |
| Lorenzo Martinez 2023 W. 17th Street Chicago, IL 60608 | - | | | | | | | 315.81 | 0.00 315.81 |
| Account No. | | | | Wages Past Due | | | | | |
| Lucia P. Carrera 6421 S. Lockwood Chicago, IL 60638 | - | | | | | | | 229.28 | 0.00 229.28 |
| Account No. | | | | Wages Past Due | | | | | |
| Maria R. Sanchez 1810 S. 49th Court Cicero, IL 60804 | - | | | | | | | 195.34 | 0.00 195.34 |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 1,197.78 | 1,197.78 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re    **EBRO FOODS, INC**                                                    Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | **Wages Past Due** | | | | | | |
| **Martin Adame** **4543 Center Avenue** **Lyons, IL 60534** | - | | | | | | **388.94** | 0.00 388.94 |
| Account No. | | **Wages Past Due** | | | | | | |
| **Miguel Morales** **3820 S. Sacramento** **Chicago, IL 60632** | - | | | | | | **294.34** | 0.00 294.34 |
| Account No. | | **Wages Past Due** | | | | | | |
| **Norberto Escobedo** **1417 S. 57th Avenue** **Cicero, IL 60804** | - | | | | | | **297.44** | 0.00 297.44 |
| Account No. | | **Wages Past Due** | | | | | | |
| **Oliva Camargo** **3453 W. 53rd Street** **Chicago, IL 60632** | - | | | | | | **217.00** | 0.00 217.00 |
| Account No. | | **Wages Past Due** | | | | | | |
| **Pablo Rodriguez** **4020 W. 83rd Street** **Chicago, IL 60652** | - | | | | | | **376.75** | 0.00 376.75 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,574.47 | 1,574.47

B6E (Official Form 6E) (4/10) - Cont.

In re    **EBRO FOODS, INC**                                                    ,        Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Patricia Alvarez**<br>**3744 W. 55th Street**<br>**Chicago, IL 60632** | - | | **Wages Past Due** | | | | 185.22 | 0.00<br>185.22 |
| Account No.<br><br>**Pedro Ramirez**<br>**2029 W. 19th Street**<br>**Chicago, IL 60608** | - | | **Wages Past Due** | | | | 272.41 | 0.00<br>272.41 |
| Account No.<br><br>**Ubaldo Sandoval**<br>**3303 S. Bell**<br>**Chicago, IL 60608** | - | | **Wages Past Due** | | | | 433.19 | 0.00<br>433.19 |
| Account No.<br><br>**Umbertina Gomez**<br>**1417 S. 57th Avenue**<br>**Cicero, IL 60804** | - | | **Wages Past Due** | | | | 223.94 | 0.00<br>223.94 |
| Account No. | | | | | | | | |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 1,114.76 | 1,114.76 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **EBRO FOODS, INC** _____ ,   Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UFCW Local 1546 Health and Welfare Fund** <br> **1649 W. Adams Street** <br> **Chicago, IL 60612** | - | | **Union contract - Employee Insurance** | | | | **136,000.00** | **116,000.00** <br><br> **20,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | **136,000.00** | **116,000.00** <br> **20,000.00**

B6E (Official Form 6E) (4/10) - Cont.

In re **EBRO FOODS, INC** _____,    Case No. _____
                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Dept. of Employment<br>PO Box 88294<br>Chicago, IL 60608-3412** | - | | **Unemployment Taxes** | | | | 30,000.00 | | 0.00<br><br>30,000.00 |
| Account No.<br><br>**Illinois Dept. of Revenue<br>PO Box 88294<br>Chicago, IL 60608-1294** | - | | **941 Withholding taxes for 2008** | | | | 33,640.00 | | 0.00<br><br>33,640.00 |
| Account No. **xx-xxx3852**<br><br>**IRS<br>Centralized Insolvency Operations<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326** | - | | **941 Withholding taxes including interest and penalties** | | | | 415,000.00 | | 0.00<br><br>415,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **7**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 478,640.00 | 0.00<br>478,640.00 |
| Total<br>(Report on Summary of Schedules) | 621,377.66 | 116,000.00<br>505,377.66 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **EBRO FOODS, INC**
_____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brandt Box & Papers Co., Inc.** <br> **400 Lexington Dr.** <br> **Buffalo Grove, IL 60089** | | - | | | | | 23,960.00 |
| Account No. <br><br> **Burling Freemont, LLC** <br> **2850 S. Michigan Ave.** <br> **Chicago, IL 60605** | X | - | Construction | | | | 100,000.00 |
| Account No. <br><br> **CH Robinson Worldwide, Inc.** <br> **25 Northwest Point Blvd.** <br> **Elk Grove Village, IL 60007** | | - | | | | | 21,845.00 |
| Account No. <br><br> **City of Chicago Water Dept.** <br> **333 S. State Street Chicago** <br> **DePaul Center, Suite LL10** <br> **Chicago, IL 60602** | | - | | | | | 58,271.00 |
| __6__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 204,076.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:29834-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Colgate Commodities c/o Dean Nelson HC 2 Box 17, 308 Front Avenue Colgate, ND 58046 | - | | | | | | | 17,063.78 |
| Account No. | | | | | | | | |
| Crown Cork & Seal c/o Gary Schearer 1440 Payshere Circle Chicago, IL 60674 | - | | | | | | | 300,000.00 |
| Account No. | | | | | | | | |
| DMH Ingredients C/O MAGES & PRICE 707 LAKE COOK RD#314 Deerfield, IL 60015 | - | | | | | | | 4,324.49 |
| Account No. | | | | | | | | |
| Ecker Associates, Inc. PO Box 7988 Delray Beach, FL 33482 | - | | | | | | | 9,700.00 |
| Account No. | | | | | | | | |
| G&G Peppers PO Box 368 Frankton, IN 46044 | - | | | | | | X | 42,920.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      374,008.27

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Greif Inc.** <br> **C/O TELLER LEVIT SILVERTRUST** <br> **11 EAST ADAMS 8THFL** <br> **Chicago, IL 60603** | - | | | | | | 10,497.00 |
| Account No. **xxxxxxx-x0120** <br><br> **Gusto Packaging, Inc.** <br> **2125 Rochester Drive** <br> **Montgomery, IL 60538** | - | | | | | | 10,096.43 |
| Account No. <br><br> **Impact Label Corp.** <br> **c/o Miles Cohen, Scott & Kraus, LLC** <br> **150 S. Wacker Drive, Ste. 2900** <br> **Chicago, IL 60606** | - | | | | | | 4,017.57 |
| Account No. <br><br> **Jamil** <br> **PO Box 684** <br> **1420 Industrial Drive** <br> **Mishawaka, IN 46546** | - | | **collections** | | | | 12,059.69 |
| Account No. <br><br> **Kelley Beans Co., Inc.** <br> **2407 Circle Drive** <br> **PO Box 2488** <br> **Scottsbluff, NE 69363** | - | | **Judgment on 11/19/08** <br> **.** | | | | 68,500.00 |

Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 105,170.69 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Knox & Schneider Inc SHAW GUSSIS FISHMAN GLANT 321 N CLARK ST S-800 Chicago, IL 60610 | - | | | | | | | 25,423.98 |
| Account No. | | | | | | | | |
| L&L Packing Co. c/o Pamela McLean Meyerson 151 N. Harvey Ave. Oak Park, IL 60302 | - | | | | | | | 4,248.90 |
| Account No. | | | | personal loan to Ebro Foods | | | | |
| Maria Fernandez C/O Ebro Foods 1330 Weset 43rd Street Chicago, IL 60609 | - | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Metropolitan Water Reclamation Dist Lockbox 98429 Chicago, IL 60693 | - | | | | | | | 70,000.00 |
| Account No. | | | | | | | | |
| Midwest Corrugated C/O ARONBERG GOLDGEHN DAVIS 330 N WABASH #1700 Chicago, IL 60611 | - | | | | | | | 13,542.03 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,214.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **EBRO FOODS, INC**                                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NEC Financial Services, Inc.** <br> **c/o Jennifer S. Burt, Askounis &** <br> **Darcy, PC, 401 N. Michigan, Ste 550** <br> **Chicago, IL 60611** | - | | | | | | 9,399.70 |
| Account No. <br><br> **People's Energy** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60687-6207** | - | | | | | | 61,000.00 |
| Account No. <br><br> **Primary Staffing, Inc.** <br> **4247 S. Kedzie** <br> **Chicago, IL 60632** | - | | | | | | 28,000.00 |
| Account No. <br><br> **PW Montgomery, LLC** <br> **c/o Patrick King** <br> **5586 W. 19th Street, Ste. 130** <br> **Greeley, CO 80634** | - | | | | | | 37,171.00 |
| Account No. <br><br> **Rudd Container Corp.** <br> **C/O SIMON EARL L** <br> **4709 GOLF RD#475** <br> **Skokie, IL 60076** | - | | | | | | 9,945.63 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**145,516.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Saf T Gard Intl. Inc. C/O Abrams & Abrams, PC 180 W WASHNGTON #910 Chicago, IL 60602 | - | | | | | | | 944.78 |
| Account No. | | Attorney | | | | | | |
| Tobin, Munoz, & Petkus 3 First National Plaza Ste. 1950 Chicago, IL 60602 | - | | | | | | | 98,809.00 |
| Account No. | | | | | | | | |
| Total Staffing Solutions PO Box 5665 Naperville, IL 60567 | - | | | | | | | 54,000.00 |
| Account No. | | | | | | | | |
| Venture Marketing LLC C/O Mark Assumusen 750 Forest Edge Dr. Vernon Hills, IL 60061 | - | | | | | | | 11,569.00 |
| Account No. | | | | | | | | |
| Vienna Beef 2549 Payshere Circle Chicago, IL 60674 | - | | | | | | | 6,900.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172,222.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Walkitoff**<br>**C/O Adam Walsh**<br>**10339 S California Ave**<br>**Chicago, IL 60655** | - | | | | | | | **3,000.00** |
| Account No. **000000000718374101** <br><br>**Washington Mutual**<br>**c/o Morrist Oxford Mngt Services**<br>**Southgate, MI 48195** | - | | | Bank Loan | | | | **87,519.00** |
| Account No. <br><br>**Weyerhaeuser Co.**<br>**C/O TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | - | | | | | | | **30,235.00** |
| Account No. <br><br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **120,754.00** |
| Total (Report on Summary of Schedules) | **1,284,962.98** |

B6G (Official Form 6G) (12/07)

In re **EBRO FOODS, INC**
,

Debtor

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ebro Real Estate Holdings**<br>**1330 W. 43rd St.**<br>**Chicago, IL 60609** | **Month to month lease of real estate.** |
| **Environmental Services**<br>**c/o Nicholas J. Malone**<br>**PO Box 385**<br>**Western Springs, IL 60558** | **Lease of Equipment** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **EBRO FOODS, INC**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dan Duffy**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Dan Duffy**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60605** |
| **Silvio Vega**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Victor Reyes**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Victor Reyes**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60605** |
| **Zenaida Abreu**<br>**C/O Ebro Foods**<br>**1330 W. 43rd St.**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Zenaida Abreu**<br>**C/O Ebro Foods**<br>**1330 W. 43rd St.**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60605** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **EBRO FOODS, INC**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**24**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 17, 2011**

Signature   **/s/ Silvio Vega**

**Silvio Vega**
**Vice-President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **EBRO FOODS, INC**                          Case No. _____

                                    Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

         This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

         Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

         *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

         *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,386,275.00** | **May 1, 2010 to Present** |
| **$6,101,545.00** | **May 1, 2009 to April 30, 2010** |
| **$4,977,978.00** | **May 1, 2008 to April 30, 2009** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                  SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**List of suits attached hereto as an exhibit.**

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Forrest L. Ingram, P.C.** **79 W. Monroe St., Suite 900** **Chicago, IL 60603** | | **$1,039.00 filing fee** |

**10. Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Shore Bank**<br>**7936 S. Cottage Grove Ave.**<br>**Chicago, IL 60619** | **Acct. #-6194** | **Closed in December 2008, amount zero.** |

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Clifton Gunderson & Co.**<br>**1301 W. 22nd Street, Ste. 1100**<br>**Oak Brook, IL 60523** | **For the last 20 years** |

None
☐

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Clifton Gunderson & Co.** | **1301 W. 22nd Street, Ste. 1100**<br>**Oak Brook, IL 60523** | **2005** |

None
☐

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Clifton Gunderson & Co.** | **1301 W. 22nd Street, Ste. 1100**<br>**Oak Brook, IL 60523** |

None
☐

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

7

NAME AND ADDRESS

DATE ISSUED

**Bank of America**
**135 S. LaSalle St.**
**Chicago, IL 60605**

**Art Velasquez**
**Azteza Foods**

**Iberia Foods**
**c/o Eric Miller**

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                         RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
□    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Zenaida Abreau**<br>**4545 W. Toughy**<br>**Lincolnwood, IL 60712** | **President** | **32% ownership** |
| **Silvio Vega**<br>**6624 N. Ramona Ave**<br>**Lincolnwood, IL 60712** | **Vice President** | **9.23% ownership** |
| **Mimi Vega**<br>**6624 N. ramona Ave**<br>**Lincolnwood, IL 60712** | | **9.22% ownerhsip** |
| **Steve Abreau** | | **12% Ownership** |
| **RSD Holdings LLC**<br>**1 N. LaSalle, suite 4500**<br>**Chicago, IL 60602** | | **30% ownership** |
| **Marta Jimenez** | | **7.55% ownership** |

8

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                   ADDRESS                                   DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                       TITLE                                     DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 17, 2011**                     Signature   **/s/ Silvio Vega**
                                                             **Silvio Vega**
                                                             **Vice-President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**ILLINOIS STATE CASES**

| Case #/ Plaintiff | Plaintiff/ Counsel Address | Type | Court | Outcome |
|---|---|---|---|---|
| 2008-M1-167063 Rudd Container Corp. | SIMON EARL L, 4709 GOLF RD#475, SKOKIE IL, 60076 | Contract | Circuit Court- Cook County | Exparte Judgment Default |
| 2008-M1-157404 Impact Label Corp | STEIN & ROTMAN, 105 W MADISON #605 CHICAGO IL, 60602 | Contract | Circuit Court- Cook County | Citation w/ Bank America  4/8/09 RETD. P.S. |
| 2008-M1-144736 Saf T Gard Intl. Inc. | Abrams & Abrams, PC, 180 W WASHNGTON #910, CHICAGO IL, 60602 | Contract | Circuit Court- Cook County | Dismissed by Stipulation Agreement |
| 2008-M1-133838 NEC Financial Serv | ASKOUNIS & DARCY PC, 401 N MICHIGAN 550 CHICAGO IL, 60611 | Contract | Circuit Court- Cook County | Memo. Of Judgement Filed |
| 2008-M1-112742 Vienna Beef Ltd. | STEIN & ROTMAN, 105 W MADISON #605 CHICAGO IL, 60602 | Contract | Circuit Court- Cook County | Order for installment Payments |
| 2007-M1-204728 L&L Packing Co. | MEYERSON PAMELA M, 151 N HARVEY, OAK PARK IL, 60302 | Contract | Circuit Court- Cook County | Judgment against garnishee Defendant |
| 2007-M1-199463 Knox & Schneider Inc | SHAW GUSSIS FISHMAN GLANT, 321 N CLARK ST S-800, CHICAGO IL, 60610 | Contract | Circuit Court- Cook County | Strike from the call allowed. |
| 2007-M1-196818 Makowshis Real Sausage | TELLER LEVIT SILVERTRUST, 11 EAST ADAMS 8THFL, CHICAGO IL, 60603 | Contract | Circuit Court- Cook County | Case Dismissed |
| 2007-M1-174191 Greif Inc. | TELLER LEVIT SILVERTRUST, 11 EAST ADAMS 8THFL, CHICAGO IL, 60603 | Contract | Circuit Court- Cook County | Satisfaction of Judgment filed. |
| 2007-M1-160315 DMH Ingredients | MAGES & PRICE, 707 LAKE COOK RD#314, DEERFIELD IL, 60015 | Contract | Circuit Court- Cook County | Citation defendant dismissed. |
| 2007-M1-149620 Midwest Corrugated | ARONBERG GOLDGEHN DAVIS, 330 N WABASH #1700, CHICAGO IL, 60611 | Contract | Circuit Court- Cook County | Judgment on Citation |

| 2007-M1-145569 Consumers Vinegar | KASH JAMES J & ASSOCIATES, 6545 W ARCHER AVE , CHICAGO IL, 60638 | Contract | Circuit Court- Cook County | Dismissal for want of Prosecution |
|---|---|---|---|---|
| 2007-M1-122111 Chicago Sweetners | WEINSTOCK LOUIS, 300 W ADAMS # 840, CHICAGO IL, 60606 | Contract | Circuit Court- Cook County | Satisfaction of judgment filed. |
| 2009-L-003301 Bank America | DYKEMA GOSSETT PLLC, 10 S WACKER DR#2300, CHICAGO IL, | Contract | Circuit Court- Cook County | Summons Served |
| 2008-L-013683 Environmental Serv. Inc | ESPOSITO STAUBUS, 7055 VETERANS BLVD#B, BURR RIDGE IL, 60527 | Contract | Circuit Court- Cook County | Alias Summons Served |
| 2008-L-051235 Kelley Bean Co. Inc | UNGARETTI & HARRIS, 3500 3 1ST NTL PLAZA, CHICAGO IL, 60602 | Petition to Register Foreign Judgment | | Held in Contempt of Court. Attachment to issue. |
| 2008-L-002732 Cushman Wakefield Ill | ARONBERG GOLDGEHN DAVIS, 330 N WABASH #1700, CHICAGO IL, 60611 | Contract | Circuit Court- Cook County | Dismissed by Stipulation or Agreement |
| 2007-L-010521 Weyerhaeuser Co. | TELLER LEVIT SILVERTRUST, 11 EAST ADAMS 8THFL, CHICAGO IL, 60603 | Contract | Circuit Court- Cook County | Motion to Re-instate |

**OUT OF STATE/ FEDERAL/ OTHER CASES**

| Case No Pending CH Robinson Worldwide, Inc | 25 Northwest Point Blvd, Elk Grove Village, Il 60007 T – 847-472-8600, c/o Timothy W. Fafinski # 201947 Corporate Counsel, PA, 3411 Brei Kessel Road Independence, MN 55359, T- 952- 944-9500 | Contract | State of Minnesota, County of Carver, District Court – First Judicial District | Summons 3/6/09 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 502008CC011830X XXXMB Ecker Associates Inc. | PO Box 7988 Delray Beach, Fl. 33482 C/o Jan Peter Weiss Esq. 917 N. Dixie Highway, Lake Worth FL 33460 561-582-6401 | Contract | Palm Beach County, County Court | Notice for entry of default Final Judgment |
| 09CV489      G & G Peppers   PACA Docket #  RD-08-186 | PO Box 368, Frankton, IN 46044, C/o Mary E. Gardner, Esq. PO Box 330 West Dundee, Il 60118 | Contract | United States District Court Northern Disrt. of IllinoisEastern Division PACA - Protected Fresh Peppers | Judgment by USDA Lawsuit: Ebro, Zenaida, Marta, and Silvito, and RSD Holdings, LLC & US Dept of Agriculture, Secretary of Agriculture  PACA (7 U.S.C. 499b) Regulations |
| 09-IT-0017 Illinois Dept. of Revenue Office of Administrative Hearings | PO Box 88294, Chicago, IL 60608 | 941 Withholding taxes for 2008 | Illinois Dept. of Revenue | Hearing Board of Appeal |
| Illinois Dept. of Employment Security | 33 South State Street, Chicago, IL 60603 | Proceedings | | |
| IRS | 230 S. Dearborn Street, Suite 3030 Chicago 60604 | Proceedings | | |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **EBRO FOODS, INC**

_____    Case No. _____

Debtor(s)      Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **20,000.00** |

2.  $  **1,039.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **January 17, 2011**      **/s/ Forrest L. Ingram**
_____      _____
**Forrest L. Ingram 3129032**
**Forrest L. Ingram, P.C.**
**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**
**(312) 759-2838   Fax: (312) 759-0298**
**fingram@fingramlaw.com**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **EBRO FOODS, INC** _____ ,

                                            Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marta Jimenez** | | **7.55%** | |
| **Mimi Vega**<br>**6624 N. Ramona**<br>**Lincolnwood, IL 60712** | | **9.22%** | |
| **RSD Holdings, LLC**<br>**1 N. LaSalle, suite 4500**<br>**Chicago, IL 60602** | | **30%** | |
| **Silvio Vega**<br>**6624 N. Ramona**<br>**Lincolnwood, IL 60712** | | **9.23%** | |
| **Steve Abreau** | | **12%** | |
| **Zenaida Abreau**<br>**4545 W. Toughy**<br>**Lincolnwood, IL 60712** | | **32%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **January 17, 2011** _____      Signature **/s/ Silvio Vega** _____
                                                          **Silvio Vega**
                                                          **Vice-President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

    **0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    **EBRO FOODS, INC**                                                Case No.
                                    Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 17, 2011**                    **/s/ Silvio Vega**
                                        **Silvio Vega/Vice-President**
                                        Signer/Title

Aaron Morales
3566 W. Lyndale
Chicago, IL 60647

Andres Delgado
2029 W. 19th Street
Chicago, IL 60608

Angel A. Rosell
3799 W. 75th Place
Chicago, IL 60652

Aucensia Y. Villaruel
10336 Avenue L
Chicago, IL 60617

Bank of America
135 S. LaSalle St., Ste. 2140
Chicago, IL 60605

Brandt Box & Papers Co., Inc.
400 Lexington Dr.
Buffalo Grove, IL 60089

Burling Freemont, LLC
2850 S. Michigan Ave.
Chicago, IL 60605

c/o Arthur Raphael
Teller, Levitt, & Silvertrust, P.C.
11 E. Adams St.
Chicago, IL 60603

CH Robinson Worldwide, Inc.
25 Northwest Point Blvd.
Elk Grove Village, IL 60007

City of Chicago Water Dept.
333 S. State Street Chicago
DePaul Center, Suite LL10
Chicago, IL 60602

Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 308 Front Avenue
Colgate, ND 58046


Crown Cork & Seal
c/o Gary Schearer
1440 Payshere Circle
Chicago, IL 60674


Dan Duffy
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609


DMH Ingredients
C/O MAGES & PRICE
707 LAKE COOK RD#314
Deerfield, IL 60015


Ebro Real Estate Holdings
1330 W. 43rd St.
Chicago, IL 60609


Ecker Associates, Inc.
PO Box 7988
Delray Beach, FL 33482


Elena Acosta
3914 W. 69th Place
Chicago, IL 60629


Eloy G. Garcia
3547 W. 63rd Place
Chicago, IL 60629


Enmeregildo Valladares
1336 W. Farwell
Chicago, IL 60626


Environmental Services
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL 60558

G&G Peppers
PO Box 368
Frankton, IN 46044


Gabina Torres
3348 S. Hoyne
Chicago, IL 60608


Gregg Kotch
Wiliams, Babbit, & Weisman, Inc.
5255 N. Federal Highway
Boca Raton, FL 33487


Greif Inc.
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603


Gusto Packaging, Inc.
2125 Rochester Drive
Montgomery, IL 60538


Illinois Dept. of Employment
PO Box 88294
Chicago, IL 60608-3412


Illinois Dept. of Revenue
PO Box 88294
Chicago, IL 60608-1294


Impact Label Corp.
c/o Miles Cohen, Scott & Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606


Iris Hernandez
2743 N. Monticello
Chicago, IL 60647


IRS
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA 19114-0326

Isreal Ocampo
4305 W. 83rd Street
Chicago, IL 60652


Jamil
PO Box 684
1420 Industrial Drive
Mishawaka, IN 46546


Jan Peter Weiss, Esquire
917 North Dixie Highway
Lake Worth, FL 33460


Juan Alonso
1827 S. Allport
Chicago, IL 60608


Juana V. Chavez
2709 S. Central Park
Chicago, IL 60623


Kelley Beans Co., Inc.
2407 Circle Drive
PO Box 2488
Scottsbluff, NE 69363


Knox & Schneider Inc
SHAW GUSSIS FISHMAN GLANT
321 N CLARK ST S-800
Chicago, IL 60610


L&L Packing Co.
c/o Pamela McLean Meyerson
151 N. Harvey Ave.
Oak Park, IL 60302


Lorenzo Martinez
2023 W. 17th Street
Chicago, IL 60608


Lucia P. Carrera
6421 S. Lockwood
Chicago, IL 60638

Maria Fernandez
C/O Ebro Foods
1330 Weset 43rd Street
Chicago, IL 60609


Maria R. Sanchez
1810 S. 49th Court
Cicero, IL 60804


Martin Adame
4543 Center Avenue
Lyons, IL 60534


Mary E. Gardner, Esquire
PO Box 330
West Dundee
Dundee, IL 60118


Metropolitan Water Reclamation Dist
Lockbox 98429
Chicago, IL 60693


Midwest Corrugated
C/O ARONBERG GOLDGEHN DAVIS
330 N WABASH #1700
Chicago, IL 60611


Miguel Morales
3820 S. Sacramento
Chicago, IL 60632


Mr. Robert Greenburg
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson, Ste. 1900
Chicago, IL 60608


Mr. Stein, JD
Stein & Roman
105 W. Madison Street
Chicago, IL 60606


NEC Financial Services, Inc.
c/o Jennifer S. Burt, Askounis &
Darcy, PC, 401 N. Michigan, Ste 550
Chicago, IL 60611

Norberto Escobedo
1417 S. 57th Avenue
Cicero, IL 60804


Oliva Camargo
3453 W. 53rd Street
Chicago, IL 60632


Pablo Rodriguez
4020 W. 83rd Street
Chicago, IL 60652


Patricia Alvarez
3744 W. 55th Street
Chicago, IL 60632


Pedro Ramirez
2029 W. 19th Street
Chicago, IL 60608


People's Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207


Primary Staffing, Inc.
4247 S. Kedzie
Chicago, IL 60632


PW Montgomery, LLC
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley, CO 80634


Rudd Container Corp.
C/O SIMON EARL L
4709 GOLF RD#475
Skokie, IL 60076


Saf T Gard Intl. Inc.
C/O Abrams & Abrams, PC
180 W WASHNGTON #910
Chicago, IL 60602

Silvia & Mimi Vega
6624 N. Ramona
Lincolnwood, IL 60712


Silvio Vega
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609


Timothy E. Horton
Ungaretti & Harris LLP
3500 Thre First National Plaza
Chicago, IL 60602


Timothy W. Fafinski
Corporat Counsel, PA
3411 Brei Kessel Road
Independence, MN 55359


Tobin, Munoz, & Petkus
3 First National Plaza
Ste. 1950
Chicago, IL 60602


Total Staffing Solutions
PO Box 5665
Naperville, IL 60567


Ubaldo Sandoval
3303 S. Bell
Chicago, IL 60608


UFCW Local 1546 Health and Welfare
Fund
1649 W. Adams Street
Chicago, IL 60612


Umbertina Gomez
1417 S. 57th Avenue
Cicero, IL 60804


Venture Marketing LLC
C/O Mark Assumusen
750 Forest Edge Dr.
Vernon Hills, IL 60061

```
Victor Reyes
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609


Vienna Beef
2549 Payshere Circle
Chicago, IL 60674


Walkitoff
C/O Adam Walsh
10339 S California Ave
Chicago, IL 60655


Washington Mutual
c/o Morrist Oxford Mngt Services
Southgate, MI 48195


Weyerhaeuser Co.
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603


Zenaida Abreau
4545 W. Touhy
Lincolnwood, IL 60712


Zenaida Abreu
C/O Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **EBRO FOODS, INC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**EBRO FOODS, INC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RSD Holdings, LLC
1 N. LaSalle, suite 4500
Chicago, IL 60602**

☐ None [*Check if applicable*]

**January 17, 2011**
_____
Date

**/s/ Forrest L. Ingram**
_____
**Forrest L. Ingram 3129032**
Signature of Attorney or Litigant
Counsel for   **EBRO FOODS, INC**
**Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838 Fax:(312) 759-0298
fingram@fingramlaw.com**