**FILED**

**DEC 27 2011**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
                                    )    Case No. 11 B 01643
    EBRO FOODS, INC.                )
                                    )
                                    )
                                    )    Chapter 11
        Debtor.                     )
                                    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L. INGRAM P.C., ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $10,724.50 | TOTAL COSTS REQUESTED: | $11.34 |
| TOTAL FEES REDUCED: | $487.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $10,237.00 | TOTAL COSTS ALLOWED: | $11.34 |

**TOTAL FEES AND COSTS ALLOWED: $10,248.34**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: December 27, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Ebro - Exhibit B

Ⓐ  −$47.50

Ⓐ  −$16.50

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 8/4/11 | Admin | Conference with JO re status of negotiations for plan. | FLI | 0.2 | $95.00 |
| 8/18/11 | Admin | Email to client re status. | FLI | 0.1 | $47.50 |
| 8/18/11 | Admin | Email to MV/SV/MV re status of SBA deal, & upcoming confirmation HRG | JRO | 0.3 | $49.50 |
| 8/19/11 | Admin | Call Client for Information re Aug 24 Confirmation HRG | JRO | 0.1 | $16.50 |
| 8/22/11 | Admin | Call M Valley re SBA status | JRO | 0.2 | $33.00 |
| 8/22/11 | Admin | Call to M Vega re SBA status | JRO | 0.2 | $33.00 |
| 8/23/11 | Admin | Call from M & S Vega re Confirmation HRG | JRO | 0.2 | $33.00 |
| 8/23/11 | Admin | Prepare for Confirmation HRG | JRO | 0.2 | $33.00 |
| 8/26/11 | Admin | email client re status of SBA Decision | JRO | 0.1 | $16.50 |
| 8/29/11 | Admin | review email from FLI re SBA decision & Request for more information | JRO | 0.1 | $16.50 |
| 9/1/11 | Admin | Review emails from Mary Cvengros re Status of SBA offer in compromise | JRO | 0.2 | $33.00 |
| 9/7/11 | Admin | Email client | JRO | 0.1 | $16.50 |
| 9/15/11 | Admin | Email FLI assessing case status, SBA, and Confirmation HRG going forward | JRO | 0.5 | $82.50 |
| 9/15/11 | Admin | Review emails from Mary Cvengros re Status of SBA offer in compromise Forwarded from FLI | JRO | 0.5 | $82.50 |
| 9/16/11 | Admin | Case management review. | FLI | 0.1 | $47.50 |
| 9/19/11 | Admin | email client re: status update regarding SBA & Plan for Confirmation HRG | JRO | 0.1 | $16.50 |
| 9/23/11 | Admin | Spoke with MV re status of negotiations. | FLI | 0.2 | $95.00 |
| 9/28/11 | Admin | Emails from M. Valley, M. Vega, FLI re lease agreement with receiver | JRO | 0.1 | $16.50 |
| 9/30/11 | Admin | Call to PG re Lease from Ebro I | JRO | 0.3 | $49.50 |
| 9/30/11 | Admin | Review Lease & Email FLI re: Options going forward | JRO | 0.2 | $33.00 |
| 10/1/11 | Admin | Continue drafting memo re: Outline of SBA and BofA deal for FLI | JRO | 1.2 | $198.00 |
| 10/1/11 | Admin | Draft Memo re: Outline of SBA and B of A deal for FLI | JRO | 0.9 | $148.50 |
| 10/1/11 | Admin | Email FLI re continued Conf. HRG & Information needed | JRO | 0.2 | $33.00 |
| 10/1/11 | Admin | Email MV, MV, SV re Continued Conf. HRG & Requesting update on status of SBA agreement | JRO | 0.3 | $49.50 |
| 10/1/11 | Admin | Review Emails from SBA re: Counteroffer & conditions | JRO | 0.2 | $33.00 |
| 10/3/11 | Admin | Email from FLI re continued Conf. HRG & Information needed | JRO | 0.1 | $16.50 |
| 10/13/11 | Admin | Review info in email from client re sale of building. | FLI | 0.1 | $47.50 |

| Date | Category | Description | Atty | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 10/21/11 | Admin | Email to client re operating reports due to be filed today. | FLI | 0.1 | $47.50 | |
| 11/18/11 | Admin | Email to client re how to approach trustee and SBA re status of negotiations. | FLI | 0.1 | $47.50 | |
| 11/21/11 | Admin | Email to client re operatig report due. | FLI | 0.1 | $47.50 | |
| 9/12/11 | Adv | Review and remark on response to G&G's motion for fees. | FLI | 0.2 | $95.00 | |
| 9/20/11 | Adv | Email to client re Judge Wedoff's minimal award to G & G Peppers on its petition for attorney fees. | FLI | 0.1 | $47.50 | |
| 8/8/11 | App | Read appellate court's opinion in Bank of America v. Ebro Foods, Inc. et al, 2009 L 3301. | FLI | 0.2 | $95.00 | |
| 8/20/11 | CM | researched case law re: PACA attorney fees if no PACA claim | MVO | 0.5 | $125.00 | |
| 8/20/11 | CM | reviewed motion for fees filed by Stokes Law Firm | MVO | 0.8 | $200.00 | |
| 8/23/11 | CM | appeared in court on motion for fees filed by Stokes Law Firm | MVO | 1.0 | $250.00 | |
| 8/31/11 | CM | Email to Mary Cvengros, copy to client, re information required by the SBA. | FLI | 0.2 | $95.00 | |
| 8/31/11 | CM | Exchange emails with Martin Salzman re status of negotiations with the SBA. | FLI | 0.2 | $95.00 | -$95 |
| 8/31/11 | CM | Review email from M. Cvengros; forward to client with respect. | FLI | 0.1 | $47.50 | |
| 8/31/11 | CM | reviewed amended motion for fees submitted by Stokes Law Firm | MVO | 0.5 | $125.00 | |
| 9/1/11 | CM | Exchange several emails with M. Cvengros of the SBA, Mark Valley, the Vegas, and JO. | FLI | 0.2 | $95.00 | |
| 9/1/11 | CM | Spoke with Mimi re status. | FLI | 0.1 | $47.50 | |
| 9/13/11 | CM | Review emails from MV and the SBA re status of negotiations. | FLI | 0.1 | $47.50 | |
| 9/20/11 | CM | appeared in court on G&G's Motion for Fees | MVO | 1.0 | $250.00 | |
| 9/20/11 | CM | prepared for court appearance - G&G's motions for fees | MVO | 0.8 | $200.00 | |
| 9/23/11 | CM | Exchange emails with Mimi re potential lease with receiver. | FLI | 0.1 | $47.50 | |
| 10/6/11 | CM | Email to M. Valley, Mimi, Silvio re progress in obtaining the information sought by BofA. | FLI | 0.1 | $47.50 | |
| 10/11/11 | CM | Email from M. Cvengros re need for signed commitment by M. Valley's client. | FLI | 0.1 | $47.50 | |
| 10/11/11 | CM | Send email to client and MV re request from SBA. | FLI | 0.1 | $47.50 | |
| 10/19/11 | CM | Exchange emails with client. | FLI | 0.1 | $47.50 | |
| 10/19/11 | CM | Send memo to M. Cvengros at SBA re progress in settling with SBA and others. | FLI | 0.1 | $47.50 | -$47.50 |
| 10/20/11 | CM | Exchange emails with client re meeting with BofA and preparation of offer to settle. | FLI | 0.1 | $47.50 | |
| 10/21/11 | CM | Review email from Mimi Vega re SBA; send email to M. Cvengros at SBA to request a signed written agreement before Oct. 25. | FLI | 0.1 | $47.50 | -$47.50 x.1 = -$4.7 |

Marginal notes: ④ ④ ⑦

Handwritten annotations at top:
- Total = $938.00
- Fees Requested in Second Fee Application = $147.05
- 5% (i.e., fee allowable in preparation of Second Fee Application) = $107.7
- Fees disallowed = -$228.15

| Date | Category | Description | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 11/22/11 | DS&P | Review and thoroughly revise motion to extend time to file amended disclosure statement and plan. | FLI | 0.4 | $190.00 |
| 11/22/11 | DS&P | prepared motion to extend time to file amended DS&P | MVO | 0.5 | $125.00 |
| 11/28/11 | DS&P | Spoke with SV re negotiations between BofA and investros as basis for feasible plan. | FLI | 0.2 | $95.00 |
| 11/28/11 | DS&P | Call to Mary Cvengros of SBA re ongoing negotiations with BofA and investor; left message. | FLI | 0.1 | $47.50 |
| 11/28/11 | DS&P | Email to M. Salzman re court tomorrow. | FLI | 0.1 | $47.50 |
| 11/29/11 | DS&P | Court appearance re motion to extend time to file disclosure statement and plan (amended). | FLI | 0.5 | $237.50 |
| 11/30/11 | DS&P | Exchange voice mail messages with S. Vega re court's granting of extension of time. | FLI | 0.1 | $47.50 |
| 7/30/11 | Fee | Direct BW to prepare application for attorney fees earned from 5/1/11 through 7/31/11 | FLI | 0.1 | $47.50 |
| 8/2/11 | Fee | Email to MV and SV re unpaid fees. | FLI | 0.1 | $47.50 |
| 8/5/11 | Fee | Prepare Narrative for FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/5/11 | Fee | Correct Time Entries for Correctness & Content in Ex. B to 2d FLI PC Fee App | JRO | 0.5 | $82.50 |
| 8/5/11 | Fee | Prepare FLI PC 2d Fee App Ex. B | JRO | 0.5 | $82.50 |
| 8/6/11 | Fee | Continue Drafting Narrative for FLI PC 2d Fee App | JRO | 0.8 | $132.00 |
| 8/6/11 | Fee | Draft Cover Sheet FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/6/11 | Fee | Draft Narrative for FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/6/11 | Fee | Draft Notice HRG & Cert. Service for FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/6/11 | Fee | Draft proposed Order FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/6/11 | Fee | Edit 2d Fee App Ex. B & C | JRO | 0.3 | $49.50 |
| 8/6/11 | Fee | Email client with drafted Time entries for Review before Submission of FLI PC 2d Fee App | JRO | 0.1 | $16.50 |
| 8/6/11 | Fee | Prepare Ex. D for FLI PC 2d Fee App | JRO | 0.1 | $16.50 |
| 8/6/11 | Fee | Prepare Ex. E to FLI PC 2d Fee App | JRO | 0.5 | $82.50 |
| 8/6/11 | Fee | Prepare FLI PC 2d Fee App Ex. C | JRO | 0.9 | $148.50 |
| 8/8/11 | Fee | Edit Ebro 2d Fee App | JRO | 0.4 | $66.00 |
| 8/8/11 | Fee | Edit Narrative for FLI PC 2d Fee App | JRO | 0.2 | $33.00 |
| 8/8/11 | Fee | Edit Proposed Order for FLI PC 2d Fee App | JRO | 0.1 | $16.50 |
| 8/8/11 | Fee | Review and revise draft of 2nd application for fees. | FLI | 0.1 | $47.50 |
| 8/19/11 | Fee | Email to client re fees awarded by the court. | FLI | 0.1 | $47.50 |
| 8/24/11 | Fee | Spoke with SV re payment of attorney fees. | FLI | 0.1 | $47.50 |
| 8/31/11 | Fee | Appear at HRG on 2d App for Fees for FLI - Granted | JRO | 1.0 | $165.00 |

— $47.50 

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 9/1/11 | Fee | Email to client re payment of fees. | FLI | 0.1 | $47.50 |
| 9/14/11 | Fee | Email to client re status and fees. | FLI | 0.1 | $47.50 |
| 9/27/11 | Fee | Email to client re payment of trustee fees and attorney fees. | FLI | 0.1 | $47.50 |
| 11/9/11 | Fee | Contact Ebro by email and phone with message re payment of fees approved by the court. | FLI | 0.1 | $47.50 |
| 8/24/11 | Fin | Review email from SBA re resolving issues. | FLI | 0.1 | $47.50 |
| 8/29/11 | Fin | Email to MV, SV, Mark Valley, and JO re SBA deal and concerns. | FLI | 0.1 | $47.50 |
| 8/29/11 | Fin | Spoke with Mary Cvengros of the SBA about the status of the negotiations. | FLI | 0.1 | $47.50 |
| 9/15/11 | Fin | Review email from MV; forward to JO and MO with directions. | FLI | 0.1 | $47.50 |
| 11/17/11 | Fin | Exchange emails with client re new investor and the progress of negotiations with the bank. | FLI | 0.1 | $47.50 |
| 11/17/11 | Fin | Call to Mary Cvengros; left message. | FLI | 0.1 | $47.50 |
| 11/18/11 | Fin | Exchange emails with M. Vega re possible new lease. | FLI | 0.1 | $47.50 |
| 11/21/11 | Fin | Spoke by phone with Marty Saltzman, atty for BofA, re status of negotiations. | FLI | 0.3 | $142.50 |
| 11/22/11 | Fin | Spoke with Silvio re status of negotiations and report on motion to extend time to file amended disclosure statement and plan. | FLI | 0.1 | $47.50 |
| 11/22/11 | Fin | Email to Mary Cvengros re SBA being patient with changes in investor and BofA personnel involved. | FLI | 0.1 | $47.50 |
| 9/29/11 | Resrch | Review Mot. To incur indebtedness filed in previous Ch. 11 case and attached lease agreement | JRO | 0.4 | $66.00 |
| 10/1/11 | Resrch | Research Receiver Rights and Responsibilites in Illinois under s. 5/15-1704 | JRO | 0.2 | $33.00 |
| 8/22/11 | Trste | Review July 2010 Operating Report | JRO | 0.1 | $16.50 |
| 8/22/11 | Trste | Spoke with K. Gleason re status of negotiations that will make the plan feasible. | FLI | 0.1 | $47.50 |
| 9/20/11 | Trste | Review August 2011 Operating Report | JRO | 0.2 | $33.00 |
| 10/25/11 | Trste | Spoke with K. Gleason re granting Debtor four weeks to file a third amended disclosure statement and plan. | FLI | 0.1 | $47.50 |
| 11/22/11 | Trste | Email to K. Gleason re motion to extend time. | FLI | 0.1 | $47.50 |
| 11/10/11 | Tx | Email to client a copy of the IRS proof of claim (amended). | FLI | 0.1 | $47.50 |

| Totals By Nature | | |
|---|---|---|
| Admin | 7.3 | $1,514.50 |
| Adv | 0.3 | $142.50 |
| App | 0.2 | $95.00 |
| CM | 7.3 | $2,432.50 |