**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-1643 |
| | ) | |
| | ) | Hearing: December 5, 2012 at 10:00 a.m. |

**NOTICE OF MOTION**

To:   See attached service list

PLEASE TAKE NOTICE that on **Wednesday, December 5, 2011 at 10:00 AM**, the undersigned will appear before the Honorable Judge Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Debtors' **MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE**, a copy of which is enclosed herewith and served upon you.

/s/ Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Andrew Meyer, a non-attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, as indicated on the list, on **November 28, 2012,** before the hour of 5 p.m.

/s/ Michael V. Ohlman

# SERVICE LIST

**VIA CM/ECF**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

**Metropolitan Water Reclamation Dist.**
Barry A. Chatz
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
312-876-7100
bchatz@arnstein.com

**Kelley Bean Co., Inc.**
Patrick Ross
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL 60602

**G & G Peppers LLC**
Craig A Stokes
Stokes Law Office LLP
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
cstokes@stokeslawoffice.com

**City of Chicago Water Dept.**
Kevin H. Morse
Arnstein & Lehr, LLP
120 S. Riverside, Suite 1200
Chicago, IL 60606
312-876-7122
khmorse@arnstein.com

**VIA U.S. Mail:**

Ebro Foods, Inc.
1330 W. 43rd Street
Chicago, Illinois 60609

Miguel Morales
3820 S. Sacramento
Chicago IL 60632-2334

Internal Revenue Service
Centralized Insolvency
Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

Iris Hernandez
2743 N. Monticello
Chicago IL 60647-1131

Illinois Dept. of Revenue
PO Box 88294
Chicago IL 60680-1294

Bank of America
135 S. LaSalle St., Ste. 2140
Chicago IL 60605-4424

Isreal Ocampo
4305 W. 83rd Street
Chicago IL 60652-2240

Kelley Bean Co., Inc.
2407 Circle Drive
PO Box 2488
Scottsbluff NE 69363-2488

Umbertina Gomez
1417 S. 57th Avenue
Cicero IL 60804-1103

Andres Delgado
2029 W. 19th St.
Chicago, IL 60608-2614

Ubaldo Sandoval
3303 S. Bell
Chicago IL 60608-6008

Aucensia Y. Villaruel
10336 Avenue L
Chicago IL 60617-6037

| | | |
|---|---|---|
| Angel A. Rosell<br>3799 W. 75th Place<br>Chicago IL 60652-1336 | Patricia Alvarez<br>3744 W. 55th Street<br>Chicago IL 60632-3263 | Maria R. Sanchez<br>1810 S. 49th Court<br>Cicero IL 60804-2421 |
| Peoples Gas Light & Coke Co.<br>130 E. Randolph Dr.<br>Chicago, IL 60601-6207 | Elena Acosta<br>3914 W. 69th Place<br>Chicago IL 60629-4213 | Gabina Torres<br>3348 S. Hoyne<br>Chicago IL 60608-6123 |
| Weyerhaeuser Co.<br>C/O TELLER LEVIT SILVERTRUST<br>11 East Adams, 8th Floor<br>Chicago IL 60603 | Juana V. Chavez<br>2709 S. Central Park<br>Chicago IL 60623-4633 | Oliva Camargo<br>3453 W. 53rd Street<br>Chicago IL 60632-3147 |
| Vienna Beef<br>c/o Mr. Stein<br>Stein & Roman<br>105 West Madison Street<br>Chicago, IL 60602-4602 | Lucia P. Carrera<br>6421 S. Lockwood<br>Chicago IL 60638-5716 | Eloy G. Garcia<br>3547 W. 63rd Place<br>Chicago IL 60629-3725 |
| Burling Freemont, LLC<br>2850 S. Michigan Ave., #100<br>Chicago IL 60605-5018 | Juan Alonso<br>1827 S. Allport<br>Chicago IL 60608-3205 | Aaron Morales<br>3566 W. Lyndale<br>Chicago IL 60647-2614 |
| G&G Peppers, LLC<br>c/o Stokes Law Office LLP<br>3330 Oakwell Ct.<br>San Antonio, TX 78218-3023 | Pedro Ramirez<br>2029 W. 19th Street<br>Chicago IL 60608-2614 | Enmeregildo Valladares<br>1336 W. Farwell<br>Chicago IL 60626-3754 |
| City of Chicago Water Dept.<br>333 S. State St. Chicago<br>DePaul Center, Suite LL10<br>Chicago, IL | Colgate Commodities<br>c/o Dean Nelson<br>HC 2 Box 17, 308 Front Avenue<br>Colgate ND 58046-9013 | Norberto Escobedo<br>1417 S. 57th Avenue<br>Cicero IL 60804-1103 |
| DMH Ingredients<br>C/O MAGES & PRICE<br>707 Lake Cook Rd. #314<br>Deerfield IL 60015-4933 | Ecker Associates, Inc.<br>PO Box 7988<br>Delray Beach FL 33482-7988 | Lorenzo Martinez<br>2023 W. 17th Street<br>Chicago IL 60608-1814 |
| Greif Inc.<br>C/O TELLER LEVIT SILVERTRUST<br>11 East Adams, 8th Floor<br>Chicago IL 60603 | Gusto Packaging, Inc.<br>2125 Rochester Drive<br>Montgomery IL 60538-1066 | Pablo Rodriguez<br>4020 W. 83rd Street<br>Chicago IL 60652-2922 |

Jamil
PO Box 684
1420 Industrial Drive
Mishawaka IN 46546-5720

Knox & Schneider Inc.
c/o SHAW GUSSIS FISHMAN GLANT
321 N CLARK ST S-800
Chicago IL 60610-4714

Martin Adame
4543 Center Avenue
Lyons IL 60534-1940

L&L Packing Co.
c/o Pamela McLean Meyerson
151 N. Harvey Ave.
Oak Park IL 60302-2622

Maria Fernandez
C/O Ebro Foods
1330 Weset 43rd Street
Chicago IL 60609

Illinois Dept. of Employment
PO Box 88294
Chicago IL 60680-1294

Metropolitan Water Reclamation Dist.
Lockbox 98429
Chicago, IL 60693-8429

Midwest Corrugated
C/O Aronberg Goldgehn Davis
330 N. Wabash, #1700
Chicago IL 60611-7765

CH Robinson Worldwide, Inc.
14701 Charlson Rd.
Eden Prairie, MN 55347-5076

NEC Financial Services, Inc.
c/o Jennifer S. Burt, Askounis & Darcy, PC, 401 N. Michigan, Ste 550
Chicago IL 60611-5523

People's Energy
130 E. Randolph Dr.
Chicago IL 60601-0001

UFCW Local 1546
c/o Robert B. Greenfield
Asher, Gittler, Greenfield & D'Alba,
200 W. Jackson Blvd., Suite 1900

PW Montgomery, LLC
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley CO 80634-2982

Rudd Container Corp.
C/O Simon Earl L
4709 Golf Rd. #475
Skokie IL 60076-1228

Crown Cork & Seal
c/o Gary Schearer
1440 Payshere Circle
Chicago IL 60674-0001

Saf T Gard Intl. Inc.
C/O Abrams & Abrams, PC
180 W. Washington#910
Chicago IL 60602-2316

TOBIN, MUNOZ, & PETKUS
70 W. Madison St., Ste. 1950
Chicago, IL 60602-4298

Primary Staffing, Inc.
4247 S. Kedzie
Chicago IL 60632-2843

Total Staffing Solutions
PO Box 5665
Naperville IL 60567-5665

Venture Staffing LLC
C/O Mark Assumusen
750 Forest Edge Dr.
Vernon Hills IL 60061-3172

Brandt Box & Papers Co., Inc.
400 Lexington Dr.
Buffalo Grove IL 60089-6935

Walkitoff
C/O Adam Walsh
10339 S California Ave
Chicago IL 60655-1610

Washington Mutual
c/o Morrist Oxford Mngt Services
Southgate MI 48195

Marta Camacho
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609-3308

Silvio Vega
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609-3308

Mimi Vega
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609-3308

4300 S. Packers, LLC
1330 W. 43rd St.
Chicago, IL 60609

| | | |
|---|---|---|
| Zenaida Abreu | Steven Abreu | RSD Holdings, LLC |
| c/o Ebro Foods | c/o Ebro Foods | 1 N. LaSalle St. #4500 |
| 1330 W. 43rd St. | 1330 W. 43rd St. | Chicago, IL 60602 |
| Chicago, IL 60609-3308 | Chicago, IL 60609-3308 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-1643 |
| | ) | |
| | ) | Hearing: December 5, 2012 at 10:00 a.m. |

**MOTION FOR ENTRY OF A FINAL ORDER AND DECREE
<u>CLOSING THE CHAPTER 11 CASE</u>**

NOW COMES the Debtor and Debtor in Possession Ebro Foods, Inc. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and hereby applies for the entry of a final order and decree, closing the above captioned chapter 11 case. In support of this application, the Debtor states:

1. This Honorable Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. On January 17, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. This was the Debtor's second petition.

3. The Debtors' plan of reorganization was confirmed on September 29, 2012.

4. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

> Substantial consummation means –
>
> > (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> >
> > (B) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
> >
> > (C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

6. The Debtors' estate has been fully administered for the following reasons:

    a. The order confirming the plan on September 29, 2012 has become final;

    b. The Debtor has been making regular payments to its administrative priority claimants pursuant to section 507(a);

    c. The Debtor has been making regular payments to the Internal Revenue Service, the Debtor's Class I Creditor; and

    d. The Debtor has amended its articles of incorporation and reissued shares of its stock pursuant to Section 5.04 of the Sixth Amended Plan of Reorganization.

7. Creditors in Classes II – VI have not received any disbursements from the Debtor but will receive them pursuant to the Confirmed Plan of Reorganization. Final payments to the General Unsecured Creditors will be made on or before October 29, 2017.

8. The Debtors are current, or shall become current, on all amounts owed to the United States Trustee before the hearing date on this motion.

9.     Pursuant to Local Rule 3022-1, notice of this motion has been sent to all creditors.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter a final decree and close this chapter 11 case. Debtors also ask for such further relief as may be just and appropriate.

Dated: November 28, 2012

                                        Respectfully submitted,
                                        EBRO FOODS, INC.

                        By:     /s/   Michael V. Ohlman
                                 One of its attorneys

Michael V. Ohlman #6294512
Forrest L. Ingram #3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838