# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-1643 |
| | ) | |
| | ) | Hearing: December 5, 2012 at 10:00 a.m. |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on **Wednesday, December 5, 2012 at 10:00 AM**, the undersigned will appear before the Honorable Judge Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Debtors' **MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE**, a copy of which is enclosed herewith and served upon you.

                                                        /s/ Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Andrew Meyer, a non-attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, as indicated on the list, on **November 28, 2012,** before the hour of 5 p.m.

                                                        /s/ Michael V. Ohlman

## SERVICE LIST

**VIA CM/ECF**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

**Metropolitan Water Reclamation Dist.**
Barry A. Chatz
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
312-876-7100
bchatz@arnstein.com

**Kelley Bean Co., Inc.**
Patrick Ross
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL 60602

**G & G Peppers LLC**
Craig A Stokes
Stokes Law Office LLP
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
cstokes@stokeslawoffice.com

**City of Chicago Water Dept.**
Kevin H. Morse
Arnstein & Lehr, LLP
120 S. Riverside, Suite 1200
Chicago, IL 60606
312-876-7122
khmorse@arnstein.com

**VIA U.S. Mail:**

| | | |
|---|---|---|
| Ebro Foods, Inc.<br>1330 W. 43rd Street<br>Chicago, Illinois 60609 | Miguel Morales<br>3820 S. Sacramento<br>Chicago IL 60632-2334 | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Iris Hernandez<br>2743 N. Monticello<br>Chicago IL 60647-1131 | Illinois Dept. of Revenue<br>PO Box 88294<br>Chicago IL 60680-1294 | Bank of America<br>135 S. LaSalle St., Ste. 2140<br>Chicago IL 60605-4424 |
| Isreal Ocampo<br>4305 W. 83rd Street<br>Chicago IL 60652-2240 | Kelley Bean Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff NE 69363-2488 | Umbertina Gomez<br>1417 S. 57th Avenue<br>Cicero IL 60804-1103 |
| Andres Delgado<br>2029 W. 19th St.<br>Chicago, IL 60608-2614 | Ubaldo Sandoval<br>3303 S. Bell<br>Chicago IL 60608-6008 | Aucensia Y. Villaruel<br>10336 Avenue L<br>Chicago IL 60617-6037 |

| | | |
|---|---|---|
| Angel A. Rosell<br>3799 W. 75th Place<br>Chicago IL 60652-1336 | Patricia Alvarez<br>3744 W. 55th Street<br>Chicago IL 60632-3263 | Maria R. Sanchez<br>1810 S. 49th Court<br>Cicero IL 60804-2421 |
| Peoples Gas Light & Coke Co.<br>130 E. Randolph Dr.<br>Chicago, IL 60601-6207 | Elena Acosta<br>3914 W. 69th Place<br>Chicago IL 60629-4213 | Gabina Torres<br>3348 S. Hoyne<br>Chicago IL 60608-6123 |
| Weyerhaeuser Co.<br>C/O TELLER LEVIT SILVERTRUST<br>11 East Adams, 8th Floor<br>Chicago IL 60603 | Juana V. Chavez<br>2709 S. Central Park<br>Chicago IL 60623-4633 | Oliva Camargo<br>3453 W. 53rd Street<br>Chicago IL 60632-3147 |
| Vienna Beef<br>c/o Mr. Stein<br>Stein & Roman<br>105 West Madison Street<br>Chicago, IL 60602-4602 | Lucia P. Carrera<br>6421 S. Lockwood<br>Chicago IL 60638-5716 | Eloy G. Garcia<br>3547 W. 63rd Place<br>Chicago IL 60629-3725 |
| Burling Freemont, LLC<br>2850 S. Michigan Ave., #100<br>Chicago IL 60605-5018 | Juan Alonso<br>1827 S. Allport<br>Chicago IL 60608-3205 | Aaron Morales<br>3566 W. Lyndale<br>Chicago IL 60647-2614 |
| G&G Peppers, LLC<br>c/o Stokes Law Office LLP<br>3330 Oakwell Ct.<br>San Antonio, TX 78218-3023 | Pedro Ramirez<br>2029 W. 19th Street<br>Chicago IL 60608-2614 | Enmeregildo Valladares<br>1336 W. Farwell<br>Chicago IL 60626-3754 |
| City of Chicago Water Dept.<br>333 S. State St. Chicago<br>DePaul Center, Suite LL10<br>Chicago, IL | Colgate Commodities<br>c/o Dean Nelson<br>HC 2 Box 17, 308 Front Avenue<br>Colgate ND 58046-9013 | Norberto Escobedo<br>1417 S. 57th Avenue<br>Cicero IL 60804-1103 |
| DMH Ingredients<br>C/O MAGES & PRICE<br>707 Lake Cook Rd. #314<br>Deerfield IL 60015-4933 | Ecker Associates, Inc.<br>PO Box 7988<br>Delray Beach FL 33482-7988 | Lorenzo Martinez<br>2023 W. 17th Street<br>Chicago IL 60608-1814 |
| Greif Inc.<br>C/O TELLER LEVIT SILVERTRUST<br>11 East Adams, 8th Floor<br>Chicago IL 60603 | Gusto Packaging, Inc.<br>2125 Rochester Drive<br>Montgomery IL 60538-1066 | Pablo Rodriguez<br>4020 W. 83rd Street<br>Chicago IL 60652-2922 |

| | | |
|---|---|---|
| Jamil<br>PO Box 684<br>1420 Industrial Drive<br>Mishawaka IN 46546-5720 | Knox & Schneider Inc.<br>c/o SHAW GUSSIS FISHMAN GLANT<br>321 N CLARK ST S-800<br>Chicago IL 60610-4714 | Martin Adame<br>4543 Center Avenue<br>Lyons IL 60534-1940 |
| L&L Packing Co.<br>c/o Pamela McLean Meyerson<br>151 N. Harvey Ave.<br>Oak Park IL 60302-2622 | Maria Fernandez<br>C/O Ebro Foods<br>1330 Weset 43rd Street<br>Chicago IL 60609 | Illinois Dept. of Employment<br>PO Box 88294<br>Chicago IL 60680-1294 |
| Metropolitan Water Reclamation Dist.<br>Lockbox 98429<br>Chicago, IL 60693-8429 | Midwest Corrugated<br>C/O Aronberg Goldgehn Davis<br>330 N. Wabash, #1700<br>Chicago IL 60611-7765 | CH Robinson Worldwide, Inc.<br>14701 Charlson Rd.<br>Eden Prairie, MN 55347-5076 |
| NEC Financial Services, Inc.<br>c/o Jennifer S. Burt, Askounis & Darcy, PC, 401 N. Michigan, Ste 550<br>Chicago IL 60611-5523 | People's Energy<br>130 E. Randolph Dr.<br>Chicago IL 60601-0001 | UFCW Local 1546<br>c/o Robert B. Greenfield<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606-6942 |
| PW Montgomery, LLC<br>c/o Patrick King<br>5586 W. 19th Street, Ste. 130<br>Greeley CO 80634-2982 | Rudd Container Corp.<br>C/O Simon Earl L<br>4709 Golf Rd. #475<br>Skokie IL 60076-1228 | Crown Cork & Seal<br>c/o Gary Schearer<br>1440 Payshere Circle<br>Chicago IL 60674-0001 |
| Saf T Gard Intl. Inc.<br>C/O Abrams & Abrams, PC<br>180 W. Washington#910<br>Chicago IL 60602-2316 | TOBIN, MUNOZ, & PETKUS<br>70 W. Madison St., Ste. 1950<br>Chicago, IL 60602-4298 | Primary Staffing, Inc.<br>4247 S. Kedzie<br>Chicago IL 60632-2843 |
| Total Staffing Solutions<br>PO Box 5665<br>Naperville IL 60567-5665 | Venture Staffing LLC<br>C/O Mark Assumusen<br>750 Forest Edge Dr.<br>Vernon Hills IL 60061-3172 | Brandt Box & Papers Co., Inc.<br>400 Lexington Dr.<br>Buffalo Grove IL 60089-6935 |
| Walkitoff<br>C/O Adam Walsh<br>10339 S California Ave<br>Chicago IL 60655-1610 | Washington Mutual<br>c/o Morrist Oxford Mngt Services<br>Southgate MI 48195 | Marta Camacho<br>c/o Ebro Foods<br>1330 W. 43rd St.<br>Chicago, IL 60609-3308 |
| Silvio Vega<br>c/o Ebro Foods<br>1330 W. 43rd St.<br>Chicago, IL 60609-3308 | Mimi Vega<br>c/o Ebro Foods<br>1330 W. 43rd St.<br>Chicago, IL 60609-3308 | 4300 S. Packers, LLC<br>1330 W. 43rd St.<br>Chicago, IL 60609 |

| | | |
|---|---|---|
| Zenaida Abreu<br>c/o Ebro Foods<br>1330 W. 43rd St.<br>Chicago, IL 60609-3308 | Steven Abreu<br>c/o Ebro Foods<br>1330 W. 43rd St.<br>Chicago, IL 60609-3308 | RSD Holdings, LLC<br>1 N. LaSalle St. #4500<br>Chicago, IL 60602 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-1643 |
| | ) | |
| | ) | Hearing: December 5, 2012 at 10:00 a.m. |

**MOTION FOR ENTRY OF A FINAL ORDER AND DECREE**
**<u>CLOSING THE CHAPTER 11 CASE</u>**

NOW COMES the Debtor and Debtor in Possession Ebro Foods, Inc. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and hereby applies for the entry of a final order and decree, closing the above captioned chapter 11 case. In support of this application, the Debtor states:

1. This Honorable Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. On January 17, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. This was the Debtor's second petition.

3. The Debtors' plan of reorganization was confirmed on September 29, 2012.

4. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

>Substantial consummation means –
>
>>(A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>>
>>(B) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
>>
>>(C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

6. The Debtors' estate has been fully administered for the following reasons:

    a. The order confirming the plan on September 29, 2012 has become final;

    b. The Debtor has been making regular payments to its administrative priority claimants pursuant to section 507(a);

    c. The Debtor has been making regular payments to the Internal Revenue Service, the Debtor's Class I Creditor; and

    d. The Debtor has amended its articles of incorporation and reissued shares of its stock pursuant to Section 5.04 of the Sixth Amended Plan of Reorganization.

7. Creditors in Classes II – VI have not received any disbursements from the Debtor but will receive them pursuant to the Confirmed Plan of Reorganization. Final payments to the General Unsecured Creditors will be made on or before October 29, 2017.

8. The Debtors are current, or shall become current, on all amounts owed to the United States Trustee before the hearing date on this motion.

9.    Pursuant to Local Rule 3022-1, notice of this motion has been sent to all creditors.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter a final decree and close this chapter 11 case. Debtors also ask for such further relief as may be just and appropriate.

Dated: November 28, 2012

                                                    Respectfully submitted,
                                                    EBRO FOODS, INC.

                                       By:    /s/   Michael V. Ohlman
                                                One of its attorneys

Michael V. Ohlman #6294512
Forrest L. Ingram #3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838